Breest v. Brodeur                    CV-95-100-SD 10/07/97

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**


Robert Breest

    v.                                        Civil No. 95-100-SD

Paul Brodeur


## ORDER ON MOTION FOR CERTIFICATE OF PROBABLE CAUSE

This matter is before the court on the motion of petitioner
Robert Breest for a certificate of probable cause.  Pursuant to
Rule 22 (1986) of the United States Court of Appeals for the
First Circuit (reinstated July 22, 1997, as applicable to section
2254 proceedings pending prior to April 24, 1996), the court has
reviewed this matter.  A certificate of probable cause may issue
when the petitioner makes a substantial showing of denial of a
federal constitutional right and demonstrates issues which are
"debatable among jurists of reason," or the court could resolve
the issues differently, or questions are "adequate to deserve
encouragement to proceed further."  Barefoot v. Estelle, 463
U.S. 880, 893 n.4 (1983).

On review of the matter, the court believes that, in
accordance with the foregoing factors, petitioner is entitled to
and the court herewith issues a certificate of probable cause to

appeal to the United States Court of Appeals for the First Circuit.

**SO ORDERED.**

_____
Shane Devine, Senior Judge
United States District Court

October 7, 1997

cc:    Robert Breest, pro se
       Attorney General - NH